**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6727**

---

JOHN P. BROWN,

Plaintiff - Appellant,

versus

JAMES MIKE SEMO, a/k/a CS-1,

Defendant - Appellee.

---

**No. 00-6728**

---

JOHN P. BROWN,

Plaintiff - Appellant,

versus

JOE SEMO,

Defendant - Appellee.

---

Appeals from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief District Judge.  (CA-98-3428-3-17BC, CA-98-3430-3-17BC)

---

Submitted:  February 20, 2001          Decided:  March 8, 2001

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John P. Brown, Appellant Pro Se. James Mike Semo, Joe Semo, Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John P. Brown appeals the district court's order denying relief on his complaints filed under 18 U.S.C.A. § 2520 (West 2000), the orders denying his motions filed under Fed. R. Civ. P. 59(e), and the order denying his motion for a certificate of appealability. We have reviewed the records, the district court's opinion accepting the magistrate judge's recommendation to dismiss Brown's complaints as frivolous under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 2000), and the district court's orders denying his Rule 59(e) motions and motion for a certificate of appealability. Our review leads us to conclude that there is no reversible error. Accordingly, we affirm on the reasoning of the district court. Brown v. Semo, No. CA-98-3428-3-17BC (D.S.C. filed Nov. 19, 1999 & entered Nov. 22, 1999; Dec. 7, 1999); Brown v. Semo, No. CA-98-3430-3-17BC (D.S.C. June 1, 2000; filed June 13, 2000 & entered June 14, 2000). We deny Brown's motions for certificates of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3